**So Ordered.**  *Frederick P. Corbit*
Frederick P. Corbit
Bankruptcy Judge

Dated: May 30th, 2014

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | No.: **13-04935-FPC11** |
|---|---|
| **HARRY BOURKE & DIANA L. OWENS,** | Chapter **11** |
| Debtors. | **FINDINGS OF FACT** |

**THIS MATTER** coming before the Court for hearing on May 29, 2014, upon the issues raised by Debtors' request for confirmation of Debtors' Plan of Reorganization, filed herein on January 27, 2014 under docket number 77 and amendment thereto filed under docket number 116 (the "Plan"), and based upon the evidence produced, the Court now makes the following:

**FINDINGS OF FACT**

1. Debtors' Plan was submitted to Creditors and other parties in interest;

Findings of Fact-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

2. The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law;

3. The provisions of Chapter 11 of the United States Code have been complied with and the Plan has been proposed in good faith and not by any means forbidden by law;

4. (a) Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtors were liquidated under Chapter 7 of the Code on such date, or (b) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that is impaired under, and has not accepted the Plan;

5. All payments made or promised by the Debtors or by a person issuing securities or acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable and are hereby approved, or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court;

6. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization of the Debtors, or (b) if the Plan is a plan of liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for the eventuality that the liquidation is not accomplished in that time period;

Findings of Fact-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

13-04935-FPC11    Doc 233    Filed 05/30/14    Entered 06/02/14 10:23:16    Pg 2 of 3

~~7. Pursuant to the Plan, the following acts or events constitute substantial consummation of the Plan: sixty (60) days following Confirmation, provided that Debtors have paid all installments provided by this Plan to be paid within that time;~~

8. Creditors were given Notice of Confirmation and no objections thereto were made, or if made, have been withdrawn, resolved or overruled;

9. It is proper that the Plan be confirmed.

10. It is proper that the following provisions become part of the Plan, affecting no creditor other than Classes 5 (Chase) and 6 (Nationstar):

Notwithstanding any provisions of the Plan to the contrary:

    a. No real estate shall be sold without prior notice to creditors with an opportunity to object to the terms and conditions of sale; and

    b. The liens of Nationstar Mortgage, LLC (Class 6) and JPMorgan Chase Bank, N.A. (Class 5) upon real estate shall not automatically be removed as set forth in Article IX of the Plan but rather only upon the closing of a sale sufficient to pay the debts in full or in such other amounts as they or their successors and assigns agree to accept.

///END OF ORDER///

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.

BY: s/ Dan O'Rourke
    DAN O'ROURKE, WSBA #4911

Findings of Fact-3

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

13-04935-FPC11    Doc 233    Filed 05/30/14    Entered 06/02/14 10:23:16    Pg 3 of 3